IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )    2:11-cr-0209-GEB
          Plaintiff,                 )
                                     )
     v.                              )    ORDER
                                     )
DAVID ROMO,                          )
                                     )
          Defendant.                 )
_____)

        Defendant's attorney, Joseph Wiseman, failed to appear at the status conference scheduled in this case on October 7, 2011. Since Defendant was unrepresented no status conference was held and a status conference was scheduled to commence at 9:00 a.m. on October 14, 2011.

Dated:  October 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1