1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:**   **530.759.0700**
      **Facsimile:**    **530.759.0800**
4

5  **Attorney for Defendant**
   **DAVID ROMO**

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9                          SACRAMENTO DIVISION

10
   UNITED STATES OF AMERICA,       ) Case No. CR.S. 2:11 0209 GEB
11                                          )
               Plaintiff,          )
12                                          ) STIPULATION AND [PROPOSED] ORDER
     vs.                           ) CONTINUING STATUS CONFERENCE
13                                          )
   DAVID ROMO,                        )
14                                          ) Date:   December 9, 2011
               Defendant.        ) Time:   9:00 a.m.
15                                          ) Ctrm:  Garland E. Burrell, Jr.
                                            )
16

17        IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF

18 AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States

19 Attorney, and Joseph J. Wiseman, attorney for DAVID ROMO, that the status

20 conference presently set for October 28, 2011 be continued to December 9, 2011 at 9:00

21 a.m.

22        Specifically, counsel has been informed that the Government will file a

23 Superseding Indictment and will providing an additional seven boxes of discovery for

24 review.  The defendant and his counsel need additional time to review the implications

25 of the new charges and discovery.

26        Therefore, the parties, the United States of America and the defendant, hereby

27 agree and stipulate that the ends of justice served by the granting of such a continuance

28 outweigh the best interests of the public and the defendant in a speedy trial and that

                                                1

1  time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to prepare,
3  review the forensic examination, discuss plea agreement and possible resolution with
4  government, and analyze how best to proceed with the case) from the date of the parties'
5  stipulation, October 28, 2011, to and including December 9, 2011.

8  IT IS SO STIPULATED.

10 Dated:  October 27, 2011            Respectfully submitted,

                                       WISEMAN LAW GROUP, P.C.

                                       By: /s/ Joseph J. Wiseman
13                                     JOSEPH J. WISEMAN

                                       Attorney for Defendant
                                       David Romo

17 Dated:  October 27, 2011            BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:  /s/ Russell L. Carlberg
19                                     RUSSELL L. CARLBERG
                                       Assistant U.S. Attorney
                                       Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>  vs.<br>DAVID ROMO,<br>                Defendant. | Case No. CR.S. 2:11 0209 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  December 9, 2011<br>Time:  9:00 a.m.<br>Ctrm:  Garland E. Burrell, Jr. |

    GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for October 28, 2011 be continued to December 9, 2011 at 9:00 a.m.

    I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to December 9, 2011.

IT IS SO ORDERED.

**Date: 10/27/2011**

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge