**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
|         Plaintiff, | ) |
| | ) |
|    vs. | ) [PROPOSED] ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| DAVID ROMO, | ) |
| | ) Date:  January 13, 2012 |
|         Defendant. | ) Time:  9:00 a.m. |
| | ) Ctrm:  Garland E. Burrell, Jr. |

     GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for December 9, 2011, be continued to January 13, 2012 at 9:00 a.m.

     Based on the reasons set forth the Stipulation entered into by the parties, the Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and warrant an exclusion of time.

     THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of this order to January 13, 2012.

     **Date:  12/8/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1