**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| DAVID ROMO, | ) |
| Defendant. | ) Date: March 9, 2012 |
| | ) Time: 9:00 a.m. |
| | ) Ctrm: Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status conference presently set for February 24, 2012, be continued to March 9, 2012, at 9:00 a.m.

    This stipulation is being entered into because the government has filed a Superseding Indictment in this case and will provide to the defense additional discovery related to the additional charges filed in this case. The defendant and his counsel need additional time to consider and discuss the impact of the Superseding Indictment and review the additional discovery that the government intends to disclose.

    Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO, hereby agree and stipulate that the ends of justice served by the granting of such a

1  continuance outweigh the best interests of the public and the defendant in a speedy trial
2  and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to review
4  the forthcoming discovery and superseding indictment and determine how to best to
5  proceed with the case) from the date of the parties' stipulation, February 24, 2012, to
6  and including March 9, 2012.

8  IT IS SO STIPULATED.

10 Dated:  February 24, 2012          Respectfully submitted,

                                      WISEMAN LAW GROUP, P.C.

                                      By: /s/ Joseph J. Wiseman
13                                    JOSEPH J. WISEMAN

14                                    Attorney for Defendant
15                                    David Romo

17 Dated:  February 24, 2012          BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Russell L. Carlberg
19                                    RUSSELL L. CARLBERG
                                      Assistant U.S. Attorney
20                                    Attorney for the United States

22                           **PROPOSED ORDER**

23     GOOD CAUSE APPEARING, it is hereby ordered that the status conference
24 presently set for February 24, 2012, be continued to March 9, 2012 at 9:00 a.m.
25     Based on the reasons set forth the Stipulation entered into by the parties, the
26 Court finds that the ends of justice served by the granting of such a continuance
27 outweigh the best interest of the public and the defendant in a speedy trial and warrant
28 an exclusion of time.

1   THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18
2   U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of this order to
3   March 9, 2012.

5   IT IS SO ORDERED.

6   **Date:  2/24/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge