1  JOSEPH J. WISEMAN, ESQ., CSBN 107403
   WISEMAN LAW GROUP, P.C.
2      1477 Drew Avenue, Suite 106
       Davis, California 95618
3      Telephone:    530.759.0700
       Facsimile:    530.759.0800
4
   Attorney for Defendant
5  DAVID ROMO

6

7                      IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9                             SACRAMENTO DIVISION

10

11  UNITED STATES OF AMERICA,          ) Case No. CR.S. 2:11 0209 GEB
                                       )
12                      Plaintiff,     )
                                       ) STIPULATION AND [PROPOSED] ORDER
13      vs.                            ) CONTINUING STATUS CONFERENCE
                                       )
14  DAVID ROMO,                        )
                                       ) Date:  June 29, 2012
15                      Defendant.     ) Time:  9:00 a.m.
                                       ) Ctrm:  Garland E. Burrell, Jr.
16  _____)

17

18          IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF

19  AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States

20  Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status

21  conference presently set for June 29, 2012, be continued to August 31, 2012, at 9:00

22  a.m.

23          This stipulation is being entered into for the following reasons: (1) the forensic

24  accountant retained by the defense needs additional time to complete her analysis of the

25  financial transactions relevant to the case; (2) the defense is waiting to receive from the

26  Government a CD ROM containing the most recent discovery that replaces the defective

27  one the defense recently received, and the Government needs additional time to forward

28  to the defense a proposed Plea Agreement.

                                            1
   Stipulation and Proposed Order                          Case No. CR. S. 2:11-0209 GEB
   To Continue Status Conference

1    Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO,

2  hereby agree and stipulate that the ends of justice served by the granting of such a

3  continuance outweigh the best interests of the public and the defendant in a speedy trial

4  and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. §

5  3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow the defense additional time to

6  prepare the case) from the date of the parties' Stipulation, June 26, 2012, to and

7  including August 31, 2012.

8

9  IT IS SO STIPULATED.

10

11  Dated:  June 26, 2012                 Respectfully submitted,

12                                        WISEMAN LAW GROUP, P.C.

13
                                          By: /s/ Joseph J. Wiseman
14                                        JOSEPH J. WISEMAN

15                                        Attorney for Defendant
16                                        David Romo

17

18  Dated:  June 26, 2012                 BENJAMIN B. WAGNER
                                          United States Attorney
19
                                          By:  /s/ Joseph J. Wiseman
20                                        For:  /s/ Russell L. Carlberg
                                          RUSSELL L. CARLBERG
21                                        Assistant U.S. Attorney
                                          Attorney for the United States
22

23

24

25

26

27

28

Stipulation and Proposed Order                    Case No. CR. S. 2:11-0209 GEB
To Continue Status Conference

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:    530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DAVID ROMO. | ) |
| | ) Date:  June 29. 2012 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Ctrm:  Garland E. Burrell, Jr. |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for June 29, 2012 be continued to August 31, 2012 at 9:00 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to August 31, 2012.

IT IS SO ORDERED.


Dated: 6/27/12

_____
GARLAND E. BURRELL, JR.
United States District Judge

3

Stipulation and Proposed Order                                Case No. CR. S. 2:11-0209 GEB
To Continue Status Conference