**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>DAVID ROMO,  )<br>  )<br>              Defendant.  )<br>  )<br>_____ ) | Case No. CR.S. 2:11 0209 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:   September 14, 2012<br>Time:   9:00 a.m.<br>Ctrm:   Garland E. Burrell, Jr. |

      IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status conference presently set for August 31, 2012, be continued to September 14, 2012, at 9:00 a.m. for a change of plea.

      This stipulation is being entered into to allow the defense additional time to review the proposed Plea Agreement with DAVID ROMO.

      Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. §

1  3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow the defense additional time to
2  prepare the case) from the date of the parties' Stipulation, August 30, 2012, to and
3  including September 14, 2012.

5  IT IS SO STIPULATED.

7  Dated:  August 30, 2012                Respectfully submitted,

8                                         WISEMAN LAW GROUP, P.C.

9                                         By: /s/ Joseph J. Wiseman
10                                        JOSEPH J. WISEMAN

11                                        Attorney for Defendant
12                                        David Romo

14 Dated:  August 30, 2012                BENJAMIN B. WAGNER
                                          United States Attorney

16                                        By:  /s/ Joseph J. Wiseman
                                          For:  /s/ Russell L. Carlberg
17                                        RUSSELL L. CARLBERG
                                          Assistant U.S. Attorney
18                                        Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:　530.759.0700
　Facsimile:　530.759.0800
**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| vs. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| DAVID ROMO, ) | |
| ) | Date:　September 14, 2012 |
| Defendant. ) | Time:　9:00 a.m. |
| ) | Ctrm:　Garland E. Burrell, Jr. |

　　GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for August 30, 2012 be continued to September 14, 2012 at 9:00 a.m. and be set for a change of plea.

　　I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to September 14, 2012.

IT IS SO ORDERED.

**Date:　8/31/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3