**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID ROMO.<br><br>            Defendant. | Case No. CR.S. 2:11 0209 GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING** |

     IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michael D. Anderson, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 1, 2013 at 9:00 a.m., be rescheduled to, April 19, 2013 at 9:00 a.m.

     Pursuant to this stipulation, the Proposed Presentence Report shall be disclosed to Counsel no later than March 8, 2013, Defendant's Written Objections shall be due March 22, 2013, Pre-Sentence Report shall be filed with the Court March 29, 2013, Defendant's Motion to Correct the Presentence Report shall be due on April 5, 2013, and Plaintiff's Opposition/Reply to said motion shall be due on April 12, 2013.

The parties are requesting this continuance to allow counsel additional time to provide probation with information relating to the loss calculation.

IT IS SO STIPULATED.

Dated:  February 7, 2013                    Respectfully submitted,

                                            WISEMAN LAW GROUP, P.C.

                                            By: /s/ Joseph J. Wiseman
                                            JOSEPH J. WISEMAN

                                            Attorney for Defendant
                                            David Romo

Dated:  February 7, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:  /s/ Joseph J. Wiseman
                                            For:  /s/ Michael D. Anderson
                                            MICHAEL D. ANDERSON
                                            Assistant U.S. Attorney
                                            Attorney for the United States

## PROPOSED ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to APRIL 19, 2013, at 9:00 a.m. and the other dates adjust as noted by stipulation.

IT IS SO ORDERED.

**Date:  2/7/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge