UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 18, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ROMO,

    Defendant.

Case No. 2:11-CR-00209-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID ROMO , Case No. 2:11-CR-00209-KJM  Charge 18 § 3606 , from custody for the following reasons: for the following reasons:

|     |     |
| --- | --- |
|     | Release on Personal Recognizance |
| X   | Bail Posted in the Sum of $ |
| X   | Unsecured Appearance Bond $ 25,000 (co-signed) |
|     | Appearance Bond with 10% Deposit |
|     | Appearance Bond with Surety |
|     | Corporate Surety Bail Bond |
| X   | (Other): All previously imposed conditions of supervised release remain in full force and effect. |

Issued at Sacramento, California on August 18, 2022, at 2:50 PM.

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE