ERIC GRANT
United States Attorney
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID ROMO,<br><br>                    Defendant. | CASE NO.  2:11-CR-00209 DAD<br><br><br>ORDER GRANTING UNITED STATES'S MOTION TO CORRECT JUDGMENT |

Based on the United States' motion to correct the judgment to reflect that Caroline Gray-Klahr is the correct name of the victim to whom defendant David Romo owes restitution of $1,300,000 pursuant to the judgment, and good cause appearing,

IT IS HEREBY ORDERED THAT, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Court hereby corrects the judgment entered on May 14, 2013, (ECF 65) and orders that the $1,300,000 previously awarded to Carol Khlar is payable to Caroline Gray-Klahr at an address to be provided to the Clerk's Office.  This order does not otherwise modify the judgment or restitution ordered in this case.

IT IS SO ORDERED.

Dated:   **April 15, 2026**          _____
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES'S MOTION TO
CORRECT JUDGMENT

1